_____

No. 96-3316EM
_____

United States of America,       *
                                *
            Appellee,           *     Appeal from the United States
                                *     District Court for the Eastern
    v.                          *     District of Missouri.
                                *
Michael Watson,  *                       [UNPUBLISHED]
                                *
            Appellant.          *
            _____

            Submitted:  February 5, 1997

                Filed:  February 26, 1997
                    _____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.
                    _____

PER CURIAM.


     On appeal from his cocaine-related sentence, Michael Watson contends
he should have received an acceptance-of-responsibility reduction.  We
disagree.  Having reviewed the record, we conclude Watson's state arrest
for possessing cocaine while on bond awaiting sentencing in this case--
after removing an electrical monitoring device he was required to wear as
a condition of his release--provides ample justification for the district
court's decision to deny the reduction.  See U.S. Sentencing Guidelines
Manual § 3E1.1 cmt. note 1(b); United States v. Nguyen, 52 F.3d 192, 194
(8th Cir. 1995) (affirming denial of § 3E1.1 reduction when defendant
committed similar type of offense while on bond).  We affirm Watson's
sentence.


     A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.